**671**

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

47 So.2d 922

**Floyd DONEGAN v. STATE.**

**6 Div. 945.**

Court of Appeals of Alabama.

May 30, 1950.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

48 So.2d 890

**Lydis DONOVAN v. STATE.**

**5 Div. 317.**

Court of Appeals of Alabama.

April 18, 1950.

Rehearing Denied June 27, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Violating prohibition law.

Lawrence F. Gerald, of Clanton, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

49 So.2d 925

**Stanford DOWNS v. STATE.**

**6 Div. 50.**

Court of Appeals of Alabama.

Dec. 5, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

PER CURIAM.

Appeal dismissed.

47 So.2d 921

**Willie George (alias W. G.) Du BOSE v. STATE.**

**5 Div. 291.**

Court of Appeals of Alabama.

May 3, 1950.

Appeal from Circuit Court, Elmore County; Oakley W. Melton, Judge.

Violating prohibition law.

Holley, Milner & Holley, of Wetumpka, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

44 So.2d 33

**Cleveland Hartney DUFFY v. STATE.**

**6 Div. 872.**

Court of Appeals of Alabama.

Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.